# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRELL LEE COOTS, )<br>)<br>        Petitioner, )<br>)<br>vs. )<br>)<br>H. A. RIOS, JR., WARDEN, )<br>)<br>        Respondent. ) | Case No. CIV-13-835-M |

## ORDER

On December 18, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for a writ of habeas corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by January 7, 2014. On January 7, 2014, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on December 18, 2013;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 21st day of January, 2014.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE